# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DORIS DUPREE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:08-cv-01596-RDP |
| } | |
| **EQUIFAX INFORMATION** } | |
| **SERVICES LLC, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulations for Dismissal (Doc. # 27) filed by the remaining parties on November 18, 2008, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this ___18th___ day of November, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE